**Order entered September 17, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00076-CV

### VENKY VENKATRAMAN, Appellant

### V.

### STEPHEN D. SKINNER, ET AL., Appellees

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

### ORDER

Before the Court is appellant's September 16, 2021 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **October 29, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE